RICH, Respondent, v. MANHATTAN RY. CO. et al., Appellants.

(Common Pleas of New York City and County, General Term. March 7, 1894.)

Action by Alexander Rich against the Manhattan Railway Company and another.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

PER CURIAM. The law of the case is settled by the decision of the former general term upon the appeal from the interlocutory judgment in this action (Rich v. Railway Co., 19 N. Y. Supp. 543); and as this appeal from the final judgment, rendered in accordance with that decision, presents no different state of fact, and no new question of law, the judgment will be affirmed.

---

GOEBEL, Respondent, v. GOEBEL, Appellant.

(Common Pleas of New York City and County, General Term. March 8, 1894.)

Appeal from trial term.

Action by John Charles Goebel against Isabella G. Goebel.

Argued before DALY, C. J., and PRYOR and GIEGERICH, JJ.

J. D. Townsend, for appellant.

J. J. Chapman, for respondent.

No opinion. Order affirmed, with costs.

---

McBRIDE, Appellant, v. VENABLE et al., Respondents.

(Common Pleas of New York City and County, General Term. March 8, 1894.)

Appeal from special term.

Action by Robert C. McBride against George W. Venable and another.

Argued before DALY, C. J., and PRYOR and GIEGERICH, JJ.

A. B. Bright, for appellant.

H. B. Gayley, for respondents.

No opinion. Order affirmed, with costs.

---

NICHOLS, et al., Appellants, v. HARRIS, Respondent.

(Common Pleas of New York City and County, General Term. March 8, 1894.)

Appeal from special term.

Action by James R. Nichols and others against Albert W. Harris.

Argued before DALY, C. J., and PRYOR and GIEGERICH, JJ.

S. R. Taylor, for appellants.

F. F. Vander Veer, for respondent.

No opinion. Order affirmed, with costs.